1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| JOHN BLEDSOE,<br><br>　　　　Petitioner,<br><br>vs.<br><br>A. FELKER, Warden, et al.,<br><br>　　　　Respondents. | Case No. CV 08-7784-TJH (JWJ)<br>ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Petition, all of the records and files herein and the attached Report and Recommendation of the United States Magistrate Judge, and has made a <u>de novo</u> determination of the Report and Recommendation. The Court concurs with and adopts the conclusions of the Magistrate Judge.

IT IS ORDERED that a Judgment be entered dismissing the instant Petition for Writ of Habeas Corpus without prejudice as successive.

///
///
///
///

1  IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy
2  of this Order, the Magistrate Judge's Report and Recommendation, and the
3  Judgment herein on petitioner.

4
5  DATED: 3/30/09

6
7
8  _____
   TERRY J. HATTER
   United States District Judge